**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

CALLWAVE COMMUNICATIONS, LLC,

Plaintiff,

v.

FONALITY, INC.,

Defendant.

C.A. No. 14-cv-0398-RGA

**STIPULATION OF DISMISSAL**

Pursuant to the Federal Rule of Civil Procedure 41(a), Plaintiff Callwave Communications, LLC and Defendant Fonality, Inc., hereby stipulate to dismissal of all of their respective claims, counterclaims and causes of action in this action, C.A. No. 14-398-RGA, WITH PREJUDICE, with each party to bear its own costs, expenses, and attorneys' fees.

PEPPER HAMILTON LLP

*/s/ James G. McMillan, III*
Edmond D. Johnson (#2257)
James G. McMillan, III (#3979)
Hercules Plaza, Suite 5100
1313 Market Street
P.O. Box 1709
Wilmington, DE 19899-1709
(302) 777-6500
*johnsone@pepperlaw.com*
*mcmillaj@pepperlaw.com*

ROSS ARONSTAM &MORITZ LLP

*/s/ Benjamin J. Schladweiler*
Benjamin J. Schladweiler (#4601)
100 S. West Street, Suite 400
Wilmington, DE 19801
(302) 576-1600
*bschladweiler@ramllp.com*

OF COUNSEL:

PEPPER HAMILTON LLP
William D. Belanger, Esq.
Noah V. Malgeri, Esq.
Christopher Boundy, Esq.
Leah R. McCoy, Esq.
Suparna Datta, Esq.
L. Andrew Tseng, Esq.
Megan E. Lantto, Esq.
Bryana McGillycuddy, Esq.
(all admitted *pro hac vice*)
19th Floor, High Street Tower
125 High Street
Boston, MA 02110-2736
(617) 204-5100
*belangerw@pepperlaw.com*
*malgerin@pepperlaw.com*
*boundyc@pepperlaw.com*
*mccoyl@pepperlaw.com*
*dattas@pepperlaw.com*
*tsenga@pepperlaw.com*
*lanttom@pepperlaw.com*
*mcgillyb@pepperlaw.com*

Gregory S. Bishop, Esq.
Charles F. Koch, Esq.
(both admitted *pro hac vice)*
333 Twin Dolphin Drive, Suite 400
Redwood City, CA 94065-2133
(650) 802-3600
*bishopg@pepperlaw.com*
*kochc@pepperlaw.com*

*Attorneys for Plaintiff Callwave Communications, LLC*

OF COUNSEL:

CARR & FERRELL LLP
Robert J. Yorio
Bryan Boyle
(both admitted *pro hac vice*)
120 Constitution Drive
Menlo Park, CA 94025
(650) 812-3400
*yorio@carrferrell.com*
*bboyle@carrferrell.com*

*Attorneys for Defendant Fonality Inc.*

DATED: December 18, 2015

SO ORDERED this 21 day of Dec, 2015

Richard G. Andrews
United States District Judge